**In re William B. KORB, Brian K. Douglas, and Marcello Oliveira.**

No. 2010–1030.

United States Court of Appeals, Federal Circuit.

Dec. 10, 2010.

Kevin L. Reiner, McCarter & English LLP, of Hartford, Connecticut, argued for appellants. With him on the brief was Mark D. Giarratana.

Joseph G. Piccolo, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, Virginia, argued for the Director of the United States Patent and Trademark Office. With him on the brief were Raymond T. Chen, Solicitor, and Robert J. McManus, Associate Solicitor. Of counsel

were Sydney O. Johnson, Jr. and Thomas W. Krause, Associate Solicitors.

Before LOURIE, SCHALL, and BRYSON, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**